

# NUMBER 13-15-00456-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JAMES ALLEN PELLOAT,**                                      **Appellant,**

**v.**

**KATHERINE PELLOAT MCKAY,**                               **Appellee.**

---

### On appeal from the 279th District Court
### of Jefferson County, Texas.

---

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the appellee's motion for extension of time to file a brief. Appellee's brief was originally due on January 07, 2016. Appellee was ordered by this Court to file its brief by June 06, 2016. Appellee has filed and received previous extensions which make the brief due on September 15, 2016. Appellee is now asking for another extension to file the brief.

The Court, having fully examined and considered appellee's motion for extension of time to file the brief, is of the opinion that, in the interest of justice, appellee's motion for extension of time to file the brief should be granted with order. The Court, GRANTS appellee's motion for extension of time to file its brief until September 29, 2016. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED** by the Court, absent exigent circumstances.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
24th day of August, 2016.